**Order filed August 9, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00701-CV
_____

### AMERICAN AKAUSHI ASSOCIATION, INC., HEARTBRAND HOLDINGS, INC., AND RONALD BEEMAN, Appellants/Cross-Appellees

V.

### TWINWOOD CATTLE COMPANY, INC., Appellee/Cross-Appellant

**On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-250789**

## ORDER

Notice was filed August 3, 2022 that appellants/cross-appellees American Akaushi Association, Inc. ("American Akaushi") and HeartBrand Holdings, Inc. ("HeartBrand") are in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on August 1, 2022, American Akaushi and HeartBrand petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas respectively under case numbers 22-90128 and 22-90127. A

bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.